**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KRISTEN LEA SCHNEIDMILLER,**

    **Plaintiff,**

**v.**                                    **Case No: 8:15-cv-678-T-PRL**

**COMMISSIONER OF SOCIAL
SECURITY**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's motion for attorney's fees. (Doc. 22). The motion, however, lacks the necessary certification under Local Rule. 3.01(g).[1] Accordingly, Plaintiff shall confer and state whether Defendant opposes her motion **on or before December 12, 2016**.

**DONE** and **ORDERED** in Ocala, Florida on December 5, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] *See* Local Rule 3.01(g) ("Before filing any motion in a civil case, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action, the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.").